JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANTONIO BAHENA,                          )       Case No. SACV 12-01298-AG  (OP)
                                         )
                                         )       J U D G M E N T
                    Petitioner,          )
            v.                           )
                                         )
                                         )
R. GROUNDS, et al.,                      )
                                         )
                                         )
                    Respondents,         )
_____)

        Pursuant to the Order Accepting Findings, Conclusions, and Recommendations

of the United States Magistrate Judge,

        IT IS ADJUDGED that the Petition is denied and this action is dismissed with

prejudice.


DATED: March 30, 2013
                                         _____
                                         HONORABLE ANDREW J. GUILFORD
                                         United States District Judge


Prepared by:


_____
HONORABLE OSWALD PARADA
United States Magistrate Judge